IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAMELA ENARI and
LAWRENCE LEFKOWITZ,

   Plaintiffs,

 v.          3:24-CV-01101
             (JUDGE MARIANI)

BAKHODIR DAVRANOV,
BEK EXPRESS, INC., and
KAMUNA EXPRESS, INC.

   Defendants.

## ORDER

AND NOW, THIS _8th_ DAY OF NOVEMBER 2024, upon consideration of Defendants' motion to dismiss, motion to strike, and motion for a more definite statement, (Doc. 4), and the parties' submissions, it is **HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss Plaintiffs' punitive damages claims, (Doc. 4), is **DENIED**.

2. Defendants' motion to strike, (Doc. 4), is **DENIED**.

3. Defendants' motion for a more definite statement, (Doc. 4), is **DENIED**.

             _/s/ Robert D. Mariani_
             Robert D. Mariani
             United States District Judge